United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Fernandez Forestal, on behalf of himself and all others, similarly situated, Plaintiffs, | ) ) ) ) | |
| | ) | Civil Action No. 22-20293-Civ-Scola |
| v. | ) | |
| | ) | |
| Kiosite, LLC, Defendant. | ) | |

**<u>Order of Dismissal</u>**

The parties have dismissed this suit without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 67.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on June 5, 2023.

_____
Robert N. Scola, Jr.
United States District Judge